**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| NIGEL CHANDLER, #32455-177 | ) | |
|       **Movant,** | ) | |
| **vs.** | ) | **No. 3:13-CV-1239-K (BH)** |
| | ) | **(No. 3:04-CR-154-K)** |
| **UNITED STATES OF AMERICA,** | ) | |
|       **Respondent.** | ) | **Referred to U.S. Magistrate Judge** |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court are movant's *Financial Affidavit* (doc. 17) and recent account transactions for movant from the Bureau of Prisons (doc. 18), received July 15, 2014, which are construed as an application to proceed *in forma pauperis* on appeal.  Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c),

(**X**)    the party appealing should be **DENIED** leave to proceed *in forma pauperis* for the following reason(s):

    (**X**)    the person appealing has not shown that he is a pauper.  The account statement provided with the financial affidavit shows a current balance of $975.34.  The Court should conclude that the movant will suffer no undue financial hardship after payment of the $505.00 filing fee.

    **If the Court denies the request to proceed** *in forma pauperis* **on appeal, the movant may challenge the denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 6th day of August, 2014.**

_Irma Carrillo Ramirez_
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE