IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIGEL CHANDLER, #32455-177 | ) | |
| Movant, | ) | |
| vs. | ) | No. 3:13-CV-1239-K (BH) |
| | ) | (No. 3:04-CR-154-K) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | Referred to U.S. Magistrate Judge |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

( x )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because the movant has not shown that he is a pauper.

( x )   Although this Court has denied movant permission to proceed with this case *in forma pauperis*, the movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. *See also* Fed. R. App. P. 24(a)(5).

**Signed August 13th, 2014.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE